FILED
SEP 10 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
Plaintiff,                      )
                                )
v.                              ) No. S1-4:20 CR 462 AGF SPM
                                )
JAMAL WILLIAMS,                 )
                                )
Defendant.                      )

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 6, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**JAMAL WILLIAMS,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about June 6, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**JAMAL WILLIAMS,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed ammunition, and the ammunition previously traveled in interstate or foreign commerce during or

prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about August 26, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**JAMAL WILLIAMS,**

the Defendant herein, knowingly and intentionally possessed with the intent to distribute fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about August 26, 2020, in the City of St. Louis within the Eastern District of Missouri,

**JAMAL WILLIAMS,**

the Defendant herein, did knowingly possess one or more firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to fentanyl, a Schedule II controlled substance, as alleged in Count Three of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

The Grand Jury further charges that:

On or about August 26, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**JAMAL WILLIAMS,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more felony crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a

firearm, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JAMES REDD, #66172(MO)
Assistant United States Attorney